UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-675 ADM/AJB

Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota South, N.A.,

Plaintiff,

v.

**ORDER**

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.,

Defendants.

Upon application of Defendant, United States of America d/b/a Commodity Credit Corporation, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that the Defendant, United States of America d/b/a Commodity Credit Corporation, shall be, and hereby is, granted an extension of time of sixty (60) days, until June 8, 2001, to respond to the Plaintiff's Complaint.

Dated: 4/20/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______