UNITED STATES DISTRICT COURT
District of Minnesota

**Civil No. 01-675 ADM/AJB**

---

Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota South, N.A.,

Plaintiff,

vs.

**ORDER**

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.

Defendants.

---

The above-entitled matter came before the Court on June 8, 2001, at 11:00 a.m., at the Federal District Courthouse in Minneapolis, Minnesota. The Plaintiff was represented by Michael P. Jacobs, Attorney at Law, Mankato, Minnesota; the Defendant Kesselring Farms, Inc. was represented by Christopher Kennedy, Mankato, Minnesota; the United States Government was represented by Roylene A. Champeaux, Attorney at Law, Minneapolis, Minnesota; Robert Kesselring, Sr., pro se, Winnebago, Minnesota; and Robert Kesselring, Jr., pro se, Granada, Minnesota.

Based upon the Motion and supporting Affidavit, and the complete files, records, and proceedings in this matter,

IT IS HEREBY ORDERED, that the Motion is granted and Farrish Johnson Law Office is discharged as attorneys of record for Robert Kesselring, Sr., effective June 8, 2001.

Dated this 8th day of June, 2001.

The Honorable Arthur J. Boylan
Federal Magistrate Judge

FILED 6-11-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______