UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wells Fargo Bank Minnesota, N.A. f/n/a Norwest Bank Minnesota South, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.,<br><br>Defendants. | Civil No.: 01-675-ADM/AJB<br><br>**ORDER** |

The above-entitled matter came before the Court on September 17, 2001 at 8:30 o'clock a.m. by telephone conference for a Motion to Withdraw by Gary G. Wollschlager, attorney for Robert Kesselring, Sr., at the Federal District Courthouse in Minneapolis, Minnesota. The plaintiff was represented by Michael P. Jacobs, Attorney at Law, Mankato, Minnesota; Christopher Kennedy of Mankato, Minnesota, the attorney for Kesselring Farms, Inc. was unavailable to participate; the United States Government was represented by Assistant U.S. Attorney Roylene A. Champeaux. Neither Robert Kesselring, Sr., of Winnebago, Minnesota nor Robert Kesselring, Jr. of Granada, Minnesota participated despite receiving notice of the hearing. LaMar Piper of 615 Second Avenue South, P. O. Box 109, St. James, Minnesota, also participated in the telephone conference.

LaMar Piper, of 615 Second Avenue South, P. O. Box 109, St. James, Minnesota, advised the Court on the record that Robert Kesselring, Sr., has retained him as his attorney. LaMar Piper will be submitting a Substitution of Attorney to the Court.

Based upon the foregoing facts addressed at the hearing,

IT IS HEREBY ORDERED that Gary G. Wollschlager is discharged as attorney of record for Robert Kesselring, Sr., effective the date of this order.

Dated this 20th day of September, 2001.

The Honorable Arthur J. Boylan
Federal Magistrate Judge

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK ______

09/19/01 11:35 507 235 2535 WOLLSCHLAGER LAW 009

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500