**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

WELLS FARGO BANK MINNESOTA, N.A., f/k/a NORWEST BANK MINNESOTA SOUTH, N.A.,

Plaintiff,

Civil No. 01-675 ADM/AJB

v.

**ORDER**

KESSELRING FARMS, INC., THERESA J. KESSELRING, ROBERT KESSELRING, SR., ROBERT KESSELRING, JR., and THE UNITED STATES OF AMERICA, d/b/a COMMODITY CREDIT CORP.,

Defendants.

---

This case came before the Court on Plaintiff's motion to compel discovery. Based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is **granted as stated herein** [Docket No. 24];
2. On October 1, 2001, at 9:30 a.m., Defendant Robert Kesselring, Jr. shall appear for an oral deposition and produce the subpoenaed documents;
3. Said deposition shall take place at 300 South 4th Street, Suite 600, Minneapolis, MN 55415; and
4. Defendant Robert Kesselring, Jr. shall pay, to Plaintiff, in the amount of $307.00.

Dated: 9/27/01

Arthur J. Boylan
United States Magistrate Judge

SEP 2

FILED
RICHARD D. SLETTEN
JUDGMENT ENT
DEPUTY CLERK