UNITED STATES DISTRICT COURT
District of Minnesota
Civil No. 01-675 ADM/AJB

Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota South, N.A.,

Plaintiff,

vs.

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.

Defendants.

# ORDER

This case came on before the Court at 9:30 a.m., on October 16, 2001, upon Plaintiff's Motion to Amend the Procedural Schedule. Based upon the file, affidavits, memoranda, and arguments of counsel, it is hereby ordered that:

1. Plaintiff's Motion is granted.

2. The Pre-Trial Scheduling Order shall be amended to extend the deadline to amend the pleadings from October 1, 2001, to November 9, 2001.

Dated this 16th day of October, 2001.

The Honorable Arthur J. Boylan
United States Magistrate Judge

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK ______