UNITED STATES DISTRICT COURT
District of Minnesota
Civil No. 01-675 ADM/AJB

Wells Fargo Bank Minnesota, N.A.,
f/k/a Norwest Bank Minnesota South,
N.A.,

Plaintiff,

vs.

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.

Defendants.

**ORDER AND WRIT OF REPLEVIN**

The undersigned Judge having considered the motion of Plaintiff dated the 18th day of January, 2002, and being fully advised in the premises, makes the following findings and determinations:

1. Plaintiff has an enforceable Security Agreement against the assets of Kesselring Farms, Inc. described on Schedule 1.

2. Informing the Defendants of this motion and Plaintiff's intent to recover the property would severely endanger the ability of the Plaintiff to recover the collateral property.

3. Plaintiff has demonstrated that it is probable that Plaintiff will prevail on the merits of the case once a the trial of this matter is held.

4. Defendants Kesselring Farms, Inc., Theresa Kesselring, and Robert Kesselring, Jr. are likely to, and would conceal and or dispose of the equipment subject to the Security Agreement with the intent to hinder Plaintiff's collection efforts, if they had knowledge of Plaintiff's intentions.

5. Plaintiff would suffer irreparable harm if the Order is denied and possession of the

FILED JAN 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

property is not obtained prior to a hearing because Kesselring Farms, Inc., Theresa Kesselring, and Robert Kesselring, Jr. have no assets for Plaintiff to collect against should Plaintiff fail to obtain possession of the equipment.

7. The Order is necessary to preserve the collateral securing the financial obligation owed to Plaintiff.

8. Plaintiff's interest in the property cannot be protected by an order of the court other than directing seizure.

**NOW THEREFORE,** it is Ordered, Adjudged and Decreed by the Court as follows:

1. Plaintiff's motion is hereby granted.

2. Defendants Robert Kesselring, Jr., Theresa Kesselring, and Kesselring Farms, Inc., shall deliver, and the sheriffs of Martin and Faribault counties shall seize, the equipment and assets specified on the attached Schedule 1.

3. The sheriff may enter upon and access the land and any buildings located at 1162 290th Ave., Granada, MN to seize said property.

4. If the property described on schedule 1 is not located at 1162 290th Ave., Granada, Defendants Robert Kesselring, Jr., Theresa Kesselring, and Kesselring Farms, Inc., shall disclose the location of said property and the sheriff of the county or counties where the equipment is located shall enter and seize the assets specified on the attached Schedule 1 where it is located.

5. Wells Fargo Bank is authorized to immediately sell the recovered property and apply the proceeds to amounts owed to it by Defendants.

Dated this 23rd day of January, 2002.

Honorable Arthur J. Boylan
United States Magistrate Judge

**SCHEDULE 1**

1984 7720 John Deere Combine

8 Row 843 John Deere Narrow Cornhead

920 20' John Deere Platform

444 4 Row John Deere Cornhead

220 20' John Deere Platform

4010 John Deere Tractor

4020 John Deere Tractor

4400 John Deere Combine

443 John Deere Cornhead

Parker Wagon 300 BV

Parker Wagon 200 BV

8 Row John Deere Cultivator

8 Row IH Planter

16 Ft. John Deere Disk

21 Ft. John Deere Digger

8 Row Bander Sprayer

4 Bottom John Deere Plow