UNITED STATES DISTRICT COURT
District of Minnesota
Civil No. 01-675 ADM/AJB

Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota South, N.A.,

Plaintiff,

vs.

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.

Defendants.

**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Partial Dismissal with Prejudice executed by the settling parties hereto.

IT IS ORDERED, that the above-entitled matter may be and it is hereby dismissed with respect only to Defendants Robert Kesselring, Sr., Theresa Kesselring, and Commodity Credit Corp., with prejudice, and on the merits without further costs to either Plaintiff, The United States of America, d/b/a Commodity Credit Corp., Theresa Kesselring, and Robert Kesselring, Sr.

Dated: April 3, 2002.

BY THE COURT

ANN D. MONTGOMERY
United States District Court

FILED 4-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
District of Minnesota
Civil No. 01-675 ADM/AJB

---

Wells Fargo Bank Minnesota, N.A.,
f/k/a Norwest Bank Minnesota South,
N.A.,

Plaintiff,

vs.

Kesselring Farms, Inc., Theresa J. Kesselring, Robert Kesselring, Sr., Robert Kesselring, Jr., and the United States of America, d/b/a Commodity Credit Corp.

Defendants.

---

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

---

The above-captioned action, having been partially compromised, and partially settled:

IT IS STIPULATED AND AGREED, by and between the undersigned parties hereto, through their respective attorneys, that this action may be dismissed with respect to certain Defendants Robert Kesselring, Sr., Theresa Kesselring, individually and as officer of Kesselring Farms, Inc., and Commodity Credit Corp., with prejudice and without further costs to any signing party. Plaintiff's claims against Robert Kesselring, Jr. and Kesselring Farms, Inc., are not dismissed.

Dated: 3/25/02

BLETHEN, GAGE & KRAUSE, PLLP

By: [signature]

Michael P. Jacobs, 286308
Attorney for Plaintiff
127 South Second Street
Mankato, MN 56001
(507) 345-1166

Dated: 3/27/02

UNITED STATES ATTORNEY

By [signature]
Roylene A. Champeaux
Assistant U.S. Attorney
Attorney for Defendants CCC
(Atty. No. 154805)
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55145
(612) 664-5600

Dated: 3/25/02

KENNEDY & KENNEDY

By [signature]
Christopher Kennedy
Attorney for Defendant Theresa J. Kesselring
(Atty. No. 0258854)
99 Navaho Avenue
P.O. Box 3223
Mankato, MN 56002
(507) 345-4582

Dated: ____________________

PIPER LAW FIRM

By: [signature]
LaMar Piper, Esq.
Attorney for Defendant Kesselring, Sr.
(Atty No. 8699X)
615 Second Avenue South
P.O. Box 109
St. James, MN 56081
(507) 375-3256