UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WELLS FARGO BANK
MINNESOTA, N.A.,

Plaintiff,

v.

KESSELRING FARMS, INC. and
ROBERT KESSELRING, JR.,

Defendants.

Civil File No. 01-675 DWF/AJB

NOTICE OF ASSIGNMENT
OF CASE FOR TRIAL

The above matter is set for trial as a day certain, to commence at 9:00 a.m. on April 19, 2002, in Courtroom 628A, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota. Counsel should report to the undersigned's Chambers at 8:30 a.m. on April 19, 2002, to discuss any pretrial matters.

On or before April 12, 2002, the following shall be filed:

1. All materials required to be filed by the Federal Rules of Civil Procedure and the Local Rules of this Court;

2. All motions in limine; and

3. A trial memorandum setting forth the facts which each party expects to prove, the legal and factual issues to be resolved, and the controlling legal authority; evidentiary issues and applicable legal authorities; and the estimated time required for the entire trial.

Within 10 days following conclusion of the non-jury trial, counsel shall submit proposed findings of fact and conclusions of law in addition to the material listed above.

Dated: April 4, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________